STIMPSON COMPANY *v.* DRISKELL.

LUMPKIN, J. This case is controlled by the decision in *National Computing Scale Company* v. *Eaves*, 116 *Ga.* 511. The verdict was not unsupported by the evidence.

*Judgment affirmed. All the Justices concur.*

Submitted July 18,—Decided December 20, 1906.

Certiorari.    Before Judge Reagan.    Monroe superior court. September 1, 1905.

*B. J. Dasher,* for plaintiff.

*Persons & Persons,* for defendant.